# Exhibit B

```
                                                              Page 1
                    IN THE UNITED STATES DISTRICT COURT

                     FOR THE EASTERN DISTRICT OF TEXAS

                            BEAUMONT DIVISION

   JOSEPH L. FOWLER, SR.,         )
      Plaintiff,                  )
   VS.                            ) CAUSE NO. 1:13-CV-515
   TIMBER ROCK RAILROAD,          )
   L.L.C.,                        )
      Defendant.                  )


   ************************************************************

                           ORAL DEPOSITION OF

                         DOUGLAS JENSEN MARSHALL

                             March 19, 2014

   ************************************************************
```

ORAL DEPOSITION OF DOUGLAS JENSEN MARSHALL, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on March 19, 2014, from 9:23 a.m. to 10:52 a.m., before Gina Medley, RPR, CSR No. 2379, in and for the State of Texas, reported by machine shorthand, at the offices of Nell McCallum & Associates, Inc., 2615 Calder Avenue, Suite 111, Beaumont, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

```
                                                               Page 2
 1                   A P P E A R A N C E S

 2

 3      FOR THE PLAINTIFF:

 4           KIMBERLY BANDOH

 5           Georgia Bar No. 142232

 6           Law Office of Kimberly Bandoh, L.L.C.

 7           1745 Phoenix Boulevard, Suite 480

 8           Atlanta, Georgia 30349

 9      FOR THE DEFENDANT:

10           CAROLYN RUSSELL

11           SBOT NO. 24003913

12           Ogletree, Deakins, Nash,

13           Smoak & Stewart, P.C.

14           500 Dallas Street, Suite 3000

15           Houston, Texas 77002

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                       I N D E X

2                                                          PAGE

3   Appearances                                              2

4   Stipulations                                             5

5

6   DOUGLAS JENSEN MARSHALL

7

8   EXAMINATION BY MS. BANDOH                                5

9

10  Changes and Signature                                   49

11  Reporter's Certification                                51

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Listing of Employees | 11 |
| 2 | Timber Rock Railroad Waiver of Hearing | 13 |
| 3 | Development and Accountability Policy | 13 |
| 4 | Letter Dated February 15th, 2013, from Douglas Marshall | 17 |
| 5 | Notification of Certificate Revocation | 17 |
| 6 | Employee Warning Notice | 27 |
| 7 | Timber Rock Railroad Waiver of Hearing | 31 |
| 8 | Timber Rock Railroad Waiver of Hearing | 33 |
| 9 | Timber Rock Railroad Waiver of Hearing | 34 |
| 10 | Timber Rock Railroad Waiver of Hearing | 35 |
| 11 | Timber Rock Railroad Waiver of Hearing | 36 |
| 12 | Timber Rock Railroad Notification of Certificate Revocation | 38 |
| 13 | Handwritten Document | 43 |

Page 40

1  many hours of classroom time.
2      Q.  Oh, okay.  Okay.  So, on the meeting on
3  February the 20th, 2013, was it just you and Mr. Fowler
4  present?
5      A.  Yes, ma'am.
6      Q.  Okay.  And that's when you told him you had to
7  take his certification back?
8      A.  Yes, ma'am.
9      Q.  It's an actual tangible card?
10     A.  Yes, ma'am.
11     Q.  Okay.  And, so, you explained to him why you
12 were taking it?
13     A.  Yes, ma'am.
14     Q.  Okay.  And that was because he was operating
15 without a -- a warrant, right?
16     A.  He voided his warrant.
17     Q.  Warrant?
18     A.  That's right.
19     Q.  Okay.  So, at some point during that meeting,
20 that's when you filled out the revocation paperwork?
21     A.  Yes, ma'am.
22     Q.  Okay.  So, after you-all filled out the
23 revocation paperwork, do you recall what happened after
24 that?
25     A.  He asked me about the hearing for the following

Page 41

1   day, of what was going to happen, if he was going to get
2   fired?  I stated to him that I did not know.
3       Q.   Okay.  Did he respond?
4       A.   He just kept wondering if he was going to get
5   fired.
6       Q.   Okay.  And you just kept repeating that you
7   didn't know?
8       A.   Yes, ma'am.  I told him I did not know.
9       Q.   Okay.  And, so, then what happened after you
10  repeated that you didn't know if he was going to be
11  terminated or not?
12      A.   I just told him that the situation was not
13  good, with the seriousness of the violation.
14      Q.   What did you mean by wasn't "good"?
15      A.   Just a bad situation.
16      Q.   Why is that?
17      A.   Could have killed somebody.
18      Q.   Okay.  So, after you explained to him it's not
19  good, just a bad situation, how did he respond?
20      A.   I don't know how -- he didn't really say much,
21  just kept wondering what they was going to do to him.
22      Q.   Okay.
23      A.   And I stated to him that he had options if he
24  wanted them; it was totally up to him.
25      Q.   What options did you explain that he had?

Page 42

1    A.   I told him he could go to the hearing or he
2  could resign and does not go on his work record; but it
3  was totally his choice, whatever he wanted to do.
4    Q.   Okay.  So, you told him it was not good.  It's
5  a bad situation.  He could go to the hearing or resign
6  and it wouldn't go on his work record?
7    A.   I told him he had options, if he wanted to
8  resign or he could go to the hearing.
9    Q.   Okay.  What -- what work record are you
10 referring to?
11   A.   His employee file, his safety record.
12   Q.   Is this a record that anybody has access to?
13   A.   They normally could request them.  If he went
14 to another company, they could request his file, his
15 engineer's file.
16   Q.   Did you encourage him to do one thing or the
17 other?
18   A.   No, ma'am.
19   Q.   So, at what point did he say, "I'm going to
20 resign"?
21   A.   Probably about five minutes after, he said he
22 would go ahead and just resign.
23   Q.   Okay.  And at that point, how did you respond
24 when he said, "I'm just going to resign"?
25   A.   He asked what he needed to do.