# Exhibit C



# EMPLOYEE WARNING NOTICE

## Employee Information

Date: 6/8/2006   Department: Transportation

Employee's Name: RICKY PAINE   Social Security #: REDACTED

Hire Date: 3-9-05   Position: Conductor/Switchman

## Type of Warning

☒ Verbal Warning  ☒ Written Warning  ☐ 2nd Written Warning  ☐ Final Warning

## Type of Violation

- ☐ Tardiness
- ☐ Absenteeism
- ☐ Insubordination
- ☐ Intoxication or Drinking
- ☐ Quality of Work
- ☐ Quantity of Work
- ☐ Neatness / Grooming
- ☐ Other
- ☒ Carelessness
- ☒ Safety
- ☐ Drug Policy Violation

Was there a witness to the violation   ☒ Yes  ☐ No   Witness Name: JOHN F SCOTT

Violation Date: 5/19/08 5/31/06   Time Occurred: 1540   Place of Violation: S/BNC Track 110

### Company Statement
1. Describe in detail what the employee has done
2. Cite how this interferes with the work environment, employee performance, business operations, or the well being of other employees
3. Cite the rule, policy, law, standard, or regulation that was violated

### Warning Statement
1. Explain in detail the steps that must be taken to improve performance.
2. Cite date by which improvements must be in place
3. Cite consequences if goals or improvements are NOT achieved by date specified.

Company Statement: (What did the employee do) OBSERVATION MADE BY JOHN F SCOTT. THE EMPLOYEE WAS OBSERVED WORKING IN AN UNSAFE MANNER - HE CROSSED BETWEEN A STANDING CUT OF CARS BY STEPPING ON THE DRAWBARS & KNUCKLES - THEN APPLIED A HAND BRAKE WHILE STANDING IN BETWEEN THE CARS ON THE KNUCKLES

Warning Notice: (What must the employee do to improve performance) ASAP

When (what date) must the employee have the improvements in place.
What are the consequences if improvements are NOT made: IN ACCORDANCE W/ THE S/R POLICY.

Employee Comments:

Supervisor's signature: James K. Belsha   Date: 6/8/2006

Employee's signature: [signature]   Date: 6/9/06

Your signature above does not indicate that you agree with what has been written only that you have read the above warning.

WATCO-015   Dated 05/23/05   Page 1 of 2