# Exhibit D



# EMPLOYEE WARNING NOTICE

## Employee Information

Date: 10-6-08   Department: Operating

Employee's Name: Ricky Payne   Social Security #: REDACTED

Hire Date: 3-9-05   Position: Conductor

### Type of Warning
☐ Verbal Warning   ☒ Written Warning   ☐ 2nd Written Warning   ☐ Final Warning

### Type of Violation
☐ Tardiness  ☐ Quality of Work  ☒ Carelessness
☐ Absenteeism  ☐ Quantity of Work  ☒ Safety
☐ Insubordination  ☐ Neatness / Grooming  ☐ Drug Policy Violation
☐ Intoxication or Drinking  ☐ Other

Was there a witness to the violation:   ☐ Yes ☒ No   Witness Name:

Violation Date: 10-5-08   Time Occurred: 10:00 AM   Place of Violation: Car Shop

| Company Statement | Warning Statement |
|---|---|
| 1. Describe in detail what the employee has done. 2. Cite how this interferes with the work environment, employee performance, business operations, or the well-being of other employees. 3. Cite the rule, policy, law, standard, or regulation that was violated. | 1. Explain in detail the steps that must be taken to improve performance. 2. Cite date by which improvements must be in place. 3. Cite consequences if goals or improvements are NOT achieved by date specified. |

**Company Statement: (What did the employee do)**
Employee was getting forklift out of warehouse to close door on box car. Employee wasn't certified to operate forklift by Watco. When backing out of warehouse he raised the forks to high and hit the door causing damage to door.

**Warning Notice: (What must the employee do to improve performance)**
Stay off of machinery.

When (what date) must the employee have the improvements in place: 10-6-08
What are the consequences if improvements are NOT made: further discipline per LWA policy

**Employee Comments:**

Supervisor's signature: [signature]   Date: 10-6-08

Employee's signature: [signature]   Date: 10-6-08
Your signature above does not indicate that you agree with what has been written only that you have read the above warning.