# Exhibit G

I Ricky Pino had in my resignation
ofected immedetly to produce other options

Ricky Pino
Ricky Pino
9-16-12