IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH L. FOWLER, SR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO 1:13-CV-515 |
| | § | |
| TIMBER ROCK RAILROAD, L.L.C. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Watco Companies, L.L.C.'s Motion for Summary Judgment. Having considered the Motion, Plaintiff's Response, and the other pleadings on file in this matter, the Court finds that Defendant's Motion should be GRANTED.

It is therefore:

ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice;

ORDERED that Plaintiff shall take nothing by way of this action against Defendant; and further

ORDERED that Defendant shall recover its court costs from Plaintiff.